■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. MONTA, JR., Appellant. — Appeal from a judgment of the County Court of Broome County (Monserrate, J.), rendered September 16, 1983, convicting defendant upon his plea of guilty of the crime of attempted sodomy in the first degree.

Judgment affirmed (see *People v Crampton,* 107 AD2d 998). Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.